CROSBY, Administrator of Balbi, deceased, v. BERGER and others, Executors, &c.

---

A party not affected by another's being made a defendant, cannot demur because the latter is wrongly made a party.

---

*Jan. 26, 1843.*

*Pleading. Parties.*

SEE this case, 3d vol. 538.

The defendants now demurred, on the ground principally that the attorney general, who was made a party, was not a necessary party.

THE VICE-CHANCELLOR overruled the demurrer, principally on the ground that the defendants had no right to take the objection that the attorney general was not a necessary or proper party; and especially as these defendants could not be injured even if he were improperly made a party defendant.

Mr. *R. Lockwood*, in support of the demurrer.

Mr. *J. L. Mason* and Mr. *B. F. Butler*, contra.